### DYE v. JOHNSON, executor.

BECK, J. Under the pleadings and evidence in this case there was no error in granting the interlocutory injunction as prayed.

*Judgment affirmed. All the Justices concur.*
DECEMBER 15, 1915.

Injunction. Before Judge Walker. Warren superior court. May 29, 1915.

*L. D. McGregor*, for plaintiff in error. *M. L. Felts*, contra.